James B. Ball (#007339)
James E. Shively (#011712)
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
fern@poliball.com
Attorneys for TD Auto Finance LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

Charles C. Akard and
Jena A. Akard,

Debtor.

No. 12-24077-SSC

Chapter 13

**MOTION FOR APPROVAL OF COMPENSATION AS AND FOR ADEQUATE PROTECTION**

TD Auto Finance LLC respectfully represents as follows:

1. On November 3, 2012 the above-named debtor ("debtor" as used herein is meant to refer to debtor whether singular or plural) filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

2. Debtor has proposed to pay TD Auto Finance LLC for a 2012 Kia Sorento, VIN # 5XYKT3A66CG260602 through the Amended Chapter 13 Plan. The debtor's account with TD Auto Finance LLC is due for November 9, 2012. Debtor has had the use of subject vehicle for five months without TD Auto Finance LLC receiving any compensation for the use of, or the depreciation of the vehicle.

3. As of this date, the debtor's Chapter 13 plan has not been confirmed.

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

4. TD Auto Finance LLC seeks an order from this Court that TD Auto Finance LLC receive adequate protection payments payable from plan payments made by the debtor to the trustee accruing from month one of the plan, payable upon entry of the Order on this motion.

5. TD Auto Finance LLC believes that the best way to determine the value of the debtor's use and possession of the vehicle during this period of time is by the average amount which the subject vehicle has depreciated since the time of filing on a monthly basis.

6. The subject vehicle has depreciated approximately $800.00 from the date of filing and continues to depreciate approximately $160.00 each month.

WHEREFORE, TD Auto Finance LLC requests that this Court grant this motion and enter an order that TD Auto Finance LLC be paid adequate protection payments of $160.00 each month from plan payments made by debtor to the trustee, payable upon entry of the Order on this motion..

DATED this 7th day of March, 2013.

    Poli & Ball, P.L.C.


By /s/ James E. Shively, #011712
   James B. Ball
   James E. Shively
   2999 N. 44th Street, Suite 500
   Phoenix, Arizona 85018
   Attorneys for TD Auto Finance LLC

COPIES of the foregoing mailed
this 7th day of March, 2013, to:

Charles & Jena A. Akard
19414 North 9th Street
Phoenix, AZ 85204
Debtor

Devin Andrich
The Andrich Law Firm, P.C.
4647 North 32nd Street, Suite 135
Phoenix, AZ 85018
Attorney for debtor

Edward J. Maney
101 N. First Avenue, #1775
Phoenix, AZ 85003
Trustee

/s/ Karma Holmes

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400