1   James B. Ball (#007339)
    James E. Shively (#011712)
2   Poli & Ball, P.L.C.
    2999 N. 44th Street, Suite 500
3   Phoenix, Arizona 85018
    (602) 840-1400
4   fern@poliball.com
    Attorney for *TD Auto Finance LLC*

5

6   Devin Andrich
    The Andrich Law Firm, P.C.
    4647 North 32nd Street, Suite 135
7   Phoenix, AZ 85018
    (602) 774-3200
8   dandrich@andrichlaw.com
    Attorney for *Debtor*

9

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 12-24077-SSC |
| Charles C. Akard and <br> Jena A. Akard, | Chapter 13 |
| Debtors. | **STIPULATION REGARDING ADEQUATE PROTECTION** |

Debtors, Charles and Jena Akard ("Debtors") and TD Auto Finance LLC

hereby enters into the following stipulation regarding adequate protection:

      1.    TD Auto Finance LLC has a valid, perfected purchase money lien

on a 2012 Kia Sorento (VIN # 5XYKT3A66CG260602) which was sold to debtors on

May 25, 2012.

      2.    The debtors desire to keep the vehicle and TD Auto Finance LLC is

allowing the debtors to utilize and retain the vehicle.

      3.    The parties desire to enter into an agreement regarding adequate

protection in accordance with 11 U.S.C. § 361.

NOW, THEREFORE, based upon the foregoing, the parties stipulate as follows:

4.     The debtors agree to pay adequate protection at the rate of $160.00 per month, due on the first day of each month, commencing with March 13, 2013 and continuing until confirmation of its plan of reorganization and until the first payment is made pursuant to the confirmed plan.

5.     Debtors shall file their plan of reorganization within 120 days of the court's approval of this stipulation.

6.     Debtors shall provide proof of current insurance coverage on the vehicle at all times. The insurance maintained on the vehicle must name TD Auto Finance LLC as loss payee. If the debtors fail to maintain adequate insurance on the vehicle, that will constitute a default under this stipulation, entitling TD Auto Finance LLC to repossess, recover and/or secure its collateral without a court order lifting the automatic stay.

7.     In the event of default on any of the above requirements for a period of more than five days, TD Auto Finance LLC shall give notice of such default in writing to the debtors' attorney.

8.     If any such default is not cured at the close of business on the 10th day from the date of such notice, the automatic stay shall be terminated in its entirety as to without further order of the court.

9.     In the event of a termination of the automatic stay, the stipulation and order are deemed to be consent by the debtors in possession for TD Auto Finance

1  LLC to enter the premises of the debtors in possession in order to repossess the 2012 Kia

2  Sorento, VIN # 5XYKT3A66CG260602.

3         10.    TD Auto Finance LLC agrees to forebear from taking any action to

4  recover or secure its collateral which the debtors desire to retain unless and until the

5  debtors fail to make any payment to the trustee or the debtors fail to make any adequate

6  protection payment or maintain adequate insurance coverage on the vehicle.

7         11.    Should the debtors convert this case to one under Chapter 13, TD

8  Auto Finance LLC shall have the immediate right to repossess, recover and/or secure the

9  vehicle.

10         12.    This stipulation shall govern and control any further dealings

11  between TD Auto Finance LLC and the debtor with respect to the above described

12  vehicle in this bankruptcy proceeding and any subsequent conversion to another Chapter

13  under the Bankruptcy Code.

14         13.    The parties agree to fully cooperate and provide all reasonable

15  information and execute all documents necessary to effectuate this stipulation.

16

17         DATED this 17th day of May, 2013.

18  Agreed By:

19  Poli & Ball, P.L.C.               The Andrich Law Firm, P.C.

20

21  James B. Ball                       Devin Andrich
    James E. Shively

22  2999 N. 44th Street, Suite 500      4647 North 32nd Street, Suite 135
    Phoenix, Arizona  85018        Phoenix, AZ 85018

23  Attorneys for *TD Auto Finance LLC*    Attorney for *Debtor*

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

COPIES of the foregoing mailed
this 17th day of May, 2013, to:

Charles C. Akard and
Jena A. Akard
19414 North 9th Street
Phoenix, AZ 85204
Debtor

Devin Andrich
The Andrich Law Firm, P.C.
4647 North 32nd Street
Suite 135
Phoenix, AZ 85018
Attorney for debtor

Edward J. Maney
101 N. First Avenue, #1775
Phoenix, AZ 85003
Trustee

/s/Karma Holmes

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400