# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

Charles C. Akard and
Jena A. Akard,

Debtors.

No. 12-24077-SSC

Chapter 13

**AGREED ORDER FOR ADEQUATE PROTECTION**

This matter came before the Court on the agreement of TD Auto Finance LLC, and Charles and Jena Akard ("Debtors"), represented by Devin Andrich.

THE COURT FINDS AND ORDERS:

1. TD Auto Finance LLC has a perfected security interest in a 2012 Kia Sorento, VIN # 5XYKT3A66CG260602.

2. To provide TD Auto Finance LLC adequate protection for its interest in the vehicle, Debtors agree to do the following:

   a. To insure, maintain and protect the vehicle in accordance with their obligations under the Purchase Money Security Agreement.

   b. To pay to the Trustee his Chapter 13 Plan payments as required by law.

3. In the event the Debtors fail to strictly comply with the provisions of Paragraph 2:

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

a. TD Auto Finance LLC shall file a notice with the Court and serve a copy upon Debtors counsel.

b. The Debtors shall have 15 days to cure the default or file a motion for extension, modification or moratorium.

c. In the event Debtors fail to cure the default or file a motion for an extension, modification or moratorium, the stay shall be deemed lifted, and TD Auto Finance LLC may, without further Order of the Court, recover possession of the vehicle.

4. In the event extension, modification or moratoriums are granted by the Court, the Trustee after withholding his commission and expenses, shall distribute subsequent plan payments to provide TD Auto Finance LLC with any missed adequate protection payments due to extension, modifications, or moratoriums.

5. Beginning with the first plan payment by the Debtors to the Chapter 13 Trustee, after entry of this order, the Chapter 13 Trustee will pay to TD Auto Finance LLC $160.00 per plan payment received as adequate protection payments. The distribution to TD Auto Finance LLC will begin upon confirmation of a Chapter 13 Plan or conversion or dismissal of the bankruptcy.

6. These adequate protection payments shall continue until the Trustee begins to distribute to secured creditors, at which time TD Auto Finance LLC will receive its pro rata share as set forth in the Plan or the amount of the adequate protection payment, whichever is greater.

*SIGNED AND DATED ABOVE.*

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400