# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | CHARLES C. & JENA A. AKARD | | |
| **Case Number:** | 2:12-BK-24077-SSC | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, AUGUST 12, 2013 10:00 AM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | FAYE HOLTHAUS | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

### Matter:

MOTION TO SET HEARING ON CONFIRMATION OF PLAN FILED BY EDWARD J. MANEY.

**R / M #:**   65 / 0

### Appearances:

ANDREW DUDLEY, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
DEVIN ANDRICH, ATTORNEY FOR CHARLES C. AKARD, JENA A. AKARD

### Proceedings:

Mr. Dudley states that the trustee has not yet done a recommendation on the amended plan and asks that the hearing be vacated.

**THE STATUS HEARING ON CONFIRMATION OF PLAN IS VACATED.**